UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN MCCARTHY,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSCONTINENTAL CAR USA CORPORATION, RECOVERY SOLUTIONS, LLC and JOHN DOE<br><br>    Defendants. | CIVIL ACTION NO 1: 10-CV-11549 |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST
TRANSCONTINENTAL CAR USA CORPORATION**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff gives notice dismissing her claims against Transcontinental Car USA Corporation with prejudice and without costs.  Nothing herein should be construed as a dismissal of the plaintiff's claims against Recovery Solutions, LLC or John Doe in this action.

Respectfully submitted this 16th day of November, 2010.

KAREN MCCARTHY,

by her attorney,

*/s/ Nicholas F. Ortiz*
_____
Nicholas F. Ortiz, BBO# 655135
306 Dartmouth Street
Suite 501
Boston, MA 02116
(617) 716-0282