**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KAREN MCCARTHY** <br> Plaintiff <br><br> V. <br><br> **TRANSCONTINENTAL CAR USA CORP. ET AL** <br> **Defendants** | **CR ACTION** <br><br> **NO. 10CV11549-RWZ** |

**DEFAULT JUDGMENT**

**ZOBEL, D. J.**

In accordance with the ENDORSED ORDER entered on 3/21/11; Judgment is entered for plaintiff against defendant, Recovery Solutions, LLC, in the amount of $8,862, plus post judgment interest at the rate of 0.30%

By the Court,

**3/22/11**  
**Date**

**s/ Lisa A. Urso**  
**Deputy Clerk**